# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| ROSELLA WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>ETHICON INC.,<br>JOHNSON & JOHNSON,<br><br>    Defendants. | Civil Action No.<br>5:21-cv-00042-JSM-PRL |

## JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY

The parties would like to advise the Court that a settlement in principle has been reached in the *Williams* case. It will likely take several months before the settlement of the *Williams* case will be finalized. As a result, the parties jointly request that the *Williams* case be moved to inactive status and/or that all deadlines and other requirements be stayed, until such time as the settlement can be concluded and the case can be dismissed with prejudice. The parties will submit an update regarding the status of settlement within 120 days of the entrance of the order to stay the matter.

1

This 27th day of January, 2022.

/s/ Brett Tarver
Brett Tarver
Florida Bar No. 1000408
TROUTMAN PEPPER HAMILTON SANDERS LLP
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308-2216
Telephone: 404.885.3000
Facsimile: 404.885.3900
Brett.tarver@troutman.com

*Counsel for Defendants Ethicon Inc. and Johnson & Johnson*

/s/ Holly Werkema
Holly Werkema (Bar No. 24081202)
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
hwerkema@baronbudd.com

*Counsel for Plaintiff Rosella Williams*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the within and foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the counsel of record.

This 27th day of January, 2022.

                                                        */s/ Brett A. Tarver*
                                                        Brett A. Tarver
                                                        Florida Bar No. 1000408