**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**ROSELLA WILLIAMS,**

       **Plaintiff,**

v.                        Case No.   5:21-cv-42-ACC-PRL

**ETHICON, INC. and JOHNSON & JOHNSON,**

       **Defendants.**

## ORDER OF DISMISSAL

The Court has been advised by counsel for both parties that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b) M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within 120 days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 120-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on January 28, 2022.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record